

AO 442 (Rev. 10/13) Arrest Warrant



**FILED**
APR 25 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| United States of America | ) |
|---|---|
| v. | ) |
| ARIZ OBDULIO ARGUETA, a/k/a "Clave7" | ) Case No. 25 CR 140 - JDR |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ARIZ OBDULIO ARGUETA, a/k/a "Clave7,"
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(i), (ii), (iii), and (a)(1)(B)(i) – Conspiracy to Bring, Transport, and Harbor Aliens in the United States Illegally for Private Financial Gain
8 U.S.C. § 1324, 18 U.S.C. § 982(a) and 28 U.S.C. § 2461 – Human Trafficking and Money Laundering Forfeiture

Date: APR 2 1 2025

_____
*Issuing officer's signature*

City and state:  Tulsa, Oklahoma

Heidi D. Campbell, Court Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 4-22-25, and the person was arrested on *(date)* 4-24-25 8:10a
At *(city and state)* Clarksville, AR
Date: 4-24-25

_____
*Arresting officer's signature*

Earl Cranor SA
*Printed name and title*

Earl Cranor, SA/HSI

ADM/ch