Query   Reports   Utilities   Help   What's New   Log Out

INTERPRETER

# U.S. District Court
## Western District of North Carolina (Charlotte)
## CRIMINAL DOCKET FOR CASE #: 3:25-mj-00110-DCK All Defendants

### 25-cr-00140-JDR

| | |
|---|---|
| Case title: USA v. Lima Lopez et al | Date Filed: 04/25/2025 |
| | Date Terminated: 04/28/2025 |

Assigned to: US Magistrate Judge David Keesler

**Defendant (1)**

**Cidia Marleny Lima Lopez**
*a/k/a "Sofia", a/k/a "alonzodaymelin@gmail.com"*
*TERMINATED: 04/28/2025*
*also known as*
Sofia de Torrez Landa
*TERMINATED: 04/28/2025*

represented by **Isaac Andres Cordero**
Federal Public Defender Charlotte
129 W. Trade St.
Suite 300
Charlotte, NC 28202
915-588-6918
Email: isaac_cordero@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

8:1324(a)(1)(A)(v)(I).(a)(1)(A)(i),(iii), and (a)(1)(B)(i) - CONSPIRACY TO BRING, TRANSPORT, AND HARBOR ALIENS IN THE UNITED STATES ILLEGALLY FOR PRIVATE FINANCIAL GAIN, 18:1957(a) - ENGAGING IN MONETARY TRANSACTIONS IN PROPERTY FROM SPECIFIED UNLAWFUL ACTIVITY, 8:1324, 982(a) and 28:2461 - HUMAN TRAFFICKING AND MONEY LAUNDERING FORFEITURE

**Disposition**

Assigned to: US Magistrate Judge David Keesler

### Defendant (2)

**Ottoniel Castro Argueta**      represented by   **Isaac Andres Cordero**
*a/k/a "Cave77,""Ckave7,"*
*TERMINATED: 04/28/2025*
*also known as*
Otto Castro
*TERMINATED: 04/28/2025*
*also known as*
Mauricio Perez Penaros
*TERMINATED: 04/28/2025*
*also known as*
Obdulio Argueta
*TERMINATED: 04/28/2025*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 8:1324(a)(1)(A)(v)(I).(a)(1)(A)(i),(iii), and (a)(1)(B)(i) - CONSPIRACY TO BRING, TRANSPORT, AND HARBOR ALIENS IN THE UNITED STATES ILLEGALLY FOR PRIVATE FINANCIAL GAIN, 18:1957(a) - ENGAGING IN MONETARY TRANSACTIONS IN PROPERTY FROM SPECIFIED UNLAWFUL ACTIVITY, 8:1324, 982(a) and 28:2461 - HUMAN TRAFFICKING AND MONEY LAUNDERING FORFEITURE | |

### Plaintiff

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 04/24/2025 | | Arrest (Rule 5) of Cidia Marleny Lima Lopez, Ottoniel Castro Argueta (mga) (Entered: 04/25/2025) |
| 04/25/2025 | 1 | ND/OK Indictment and Warrant as to Cidia Marleny Lima Lopez, Ottoniel Castro Argueta (Attachments: # 1 Lima Lopez Warrant, # 2 Castro Argueta Warrant)(mga) (Entered: 04/25/2025) |
| 04/25/2025 | | Set/Reset Deadlines/Hearings as to Cidia Marleny Lima Lopez: Initial Appearance - Rule 5 set for 4/28/2025 11:40 AM in Courtroom #1A, 401 W Trade St, Charlotte, NC 28202 before US Magistrate Judge David Keesler. (mga) (Entered: 04/25/2025) |
| 04/25/2025 | | Set/Reset Deadlines/Hearings as to Ottoniel Castro Argueta: Initial Appearance - Rule 5 set for 4/28/2025 11:50 AM in Courtroom #1A, 401 W Trade St, Charlotte, NC 28202 before US Magistrate |

| | | |
|---|---|---|
| | | Judge David Keesler. (mga) (Entered: 04/25/2025) |
| 04/28/2025 | | Minute Entry: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings as to Cidia Marleny Lima Lopez held before US Magistrate Judge David Keesler. Defendant advised of rights & charges. Defendant moved for appointment of counsel. Defendant filed a financial affidavit. Court approved appointment of counsel. Government moved for detention. Defendant waived her rights to hearings in this district and requested they be held in the prosecuting district. Defendant committed to another district. Government attorney: Kimlani M. Ford. Defendant attorney: Isaac A. Cordero. Court Reporter: Digital Court Reporter. Interpreter: Michael Cortez. (mga) (Entered: 04/28/2025) |
| 04/28/2025 | 2 | CJA 23 (Ex Parte) Financial Affidavit by Cidia Marleny Lima Lopez (mga) (Entered: 04/28/2025) |
| 04/28/2025 | | **ORAL ORDER APPOINTING FEDERAL DEFENDER Isaac Cordero to represent Cidia Marleny Lima Lopez at her initial appearance hearing. Entered by US Magistrate Judge David Keesler on 4/28/25.** (mga) (Entered: 04/28/2025) |
| 04/28/2025 | 3 | WAIVER of Rule 5(c)(3) Hearings by Cidia Marleny Lima Lopez (mga) (Entered: 04/28/2025) |
| 04/28/2025 | 4 | **COMMITMENT TO ANOTHER DISTRICT as to Cidia Marleny Lima Lopez. Defendant committed to District of Northern District of Oklahoma. Signed by US Magistrate Judge David Keesler on 4/28/25.** (mga) (Entered: 04/28/2025) |
| 04/28/2025 | | Minute Entry: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings as to Ottoniel Castro Argueta held before US Magistrate Judge David Keesler. Defendant advised of rights & charges. Defendant moved for appointment of counsel. Defendant filed a financial affidavit. Court approved appointment of counsel. Government moved for detention. Defendant waived his rights to hearings in this district and requested they be held in the prosecuting district. Defendant committed to another district. Government attorney: Kimlani M. Ford. Defendant attorney: Isaac A. Cordero. Court Reporter: Digital Court Reporter. Interpreter: Michael Cortez. (mga) (Entered: 04/28/2025) |
| 04/28/2025 | 5 | CJA 23 (Ex Parte) Financial Affidavit by Ottoniel Castro Argueta (mga) (Entered: 04/28/2025) |
| 04/28/2025 | | **ORAL ORDER APPOINTING FEDERAL DEFENDER Andres Cordero to represent Ottoniel Castro Argueta as his initial appearance hearing. Entered by US Magistrate Judge David Keesler on 4/28/25.** (mga) (Entered: 04/28/2025) |
| 04/28/2025 | 6 | WAIVER of Rule 5(c)(3) Hearings by Ottoniel Castro Argueta (mga) (Entered: 04/28/2025) |
| 04/28/2025 | 7 | **COMMITMENT TO ANOTHER DISTRICT as to Ottoniel Castro Argueta. Defendant committed to District of Northern District of Oklahoma. Signed by US Magistrate Judge David Keesler on 4/28/25.** (mga) (Entered: 04/28/2025) |
| 04/28/2025 | | Rule 5(c)(3) Documents Emailed to Northern District of Oklahoma as to Cidia Marleny Lima Lopez, Ottoniel Castro Argueta (mga) (Entered: 04/28/2025) |
| 04/28/2025 | | Notice to Northern District of Oklahoma of a Rule 5 or Rule 32 Initial Appearance as to Cidia Marleny Lima Lopez, Ottoniel Castro Argueta. Your case number is: 4:25-cr-00140-JDR. Using your PACER account, you may retrieve the docket sheet and documents. (Documents: 4 Commitment to Another District, 5 Financial Affidavit - CJA23, 7 Commitment to Another District, 6 Waiver of Rule 5(c)(3) Hearings, 3 Waiver of Rule 5(c)(3) Hearings, 2 Financial Affidavit - CJA23 ) (*If you wish to designate a different email address for future transfers, send a request to InterDistrictTransfer_TXND@txnd.uscourts.gov.*) (mga) (Entered: 04/28/2025) |

# UNITED STATES DISTRICT COURT
Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) |
| v. | ) Case No: 3:25-mj-00110-DCK ) |
| Cidia Marleny Lima Lopez | ) Charging District's Case No: 4:25-cr-00140-JDR ) |
| *Defendant* | ) ) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the Northern District of Oklahoma

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise – unless I am indicted – to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: __April 28, 2025__

_____
*Defendant's Signature*

_____
*Signature of defendant's attorney (if any)*

Issac Cordero
_____
*Printed name of defendant's attorney (if any)*

# UNITED STATES DISTRICT COURT
### Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA <br> **v.** <br> Cidia Marleny Lima Lopez <br> *Defendant* | Case No: 3:25–mj–00110–DCK <br><br> Charging District's <br> Case No: 4:25-cr-00140-JDR |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Northern District of Oklahoma, _____ division. The defendant may need an interpreter for this language: _____.

*(if applicable)*

The defendant:  ☐ will retain an attorney.
               ☒ is requesting court–appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.


Date: __April 28, 2025__

_____
David C. Keesler
United States Magistrate Judge