CLOSED
Email All Attys
Email All Attys and Secondary Emails

# U.S. District Court
# Western District of Oklahoma[LIVE] (Oklahoma City)
# CRIMINAL DOCKET FOR CASE #: 5:25−mj−00252−AMG−2

25-cr-00140-JDR-2

Case title: United States of America v. Rogriguez Luis          Date Filed: 04/24/2025

Assigned to: Magistrate Judge Amanda Maxfield Green

**Defendant (2)**

**Veronica Maribel Lima Lopez**                    represented by **Thomas M Wright**
*also known as*                                                   The Wright Law Firm, PLLC
Verito                                                            OK
*also known as*                                                   3117 NW 20th St.
Vero                                                              Oklahoma City, OK 73107
*also known as*                                                   405−819−0888
Veronica Maribel Lilma Lopez                                      Email: tom@tomwrightlaw.com
                                                                  Email: tom@tomwrightlaw.com
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*
                                                                  Designation: CJA Appointment

**Pending Counts**                                                **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                             **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                    **Disposition**

None

**Plaintiff**

**United States of America**                      represented by

**Kaleigh Blackwell**
DOJ–USAO
210 Park Avenue
Suite 400
Oklahoma City, OK 73102
405–553–8700
Email: kaleigh.blackwell@usdoj.gov
Email: kaleigh.blackwell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/24/2025 | 23 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Veronica Maribel Lima Lopez. Defendant committed to District of Northern District of Oklahoma. Case terminated. Signed by Magistrate Judge Amanda Maxfield Green on 4/24/2025. (rb) (Entered: 04/24/2025) |
| 04/24/2025 | 22 | 5 | DPPA–ORDER as to Veronica Maribel Lima Lopez. Signed by Magistrate Judge Amanda Maxfield Green on 4/24/2025. (rb) (Entered: 04/24/2025) |
| 04/24/2025 | 21 | 7 | WRITTEN OATH of Interpreter Rita Lyons as to dft Veronica Maribel Lima Lopez (rb) (Entered: 04/24/2025) |
| 04/24/2025 | 20 | 8 | Waiver of Rule 5 and 5.1 Hearings: terminating 14 Motion for Detention as to Veronica Maribel Lima Lopez (2). Signed by Magistrate Judge Amanda Maxfield Green on 4/24/2025. (rb) (Entered: 04/24/2025) |
| 04/24/2025 | 19 | 9 | ORDER granting 15 Motion to Appoint Interpreter for out of court interpretive services as to Veronica Maribel Lima Lopez (2). Signed by Magistrate Judge Amanda Maxfield Green on 4/24/2025. (rb) (Entered: 04/24/2025) |
| 04/24/2025 | 18 | 10 | ORDER granting 15 Motion to Appoint Interpreter. Rita Lyons is appointed as interpreter as to Veronica Maribel Lima Lopez (2). Signed by Magistrate Judge Amanda Maxfield Green on 4/24/2025. (rb) (Entered: 04/24/2025) |
| 04/24/2025 | 17 | 11 | MINUTE ENTRY for proceedings held before Magistrate Judge Amanda Maxfield Green:Initial Appearance in Rule 5(c)(3) as to Veronica Maribel Lima Lopez held on 4/24/2025 (rb) (Entered: 04/24/2025) |
| 04/24/2025 | 16 | 12 | ORDER granting 15 Motion to Appoint Counsel. Appointed Thomas M Wright for Veronica Maribel Lima Lopez as to Veronica Maribel Lima Lopez (2). Signed by Magistrate Judge Amanda Maxfield Green on 4/24/2025. (rb) (Entered: 04/24/2025) |
| 04/24/2025 | 15 | 13 | ORAL MOTION to Appoint Counsel, ORAL MOTION to Appoint out of court Interpreter, ORAL MOTION to Appoint Interpreter for in court interpretive services by Veronica Maribel Lima Lopez. (rb) (Entered: 04/24/2025) |
| 04/24/2025 | 14 | 14 | ORAL MOTION for Detention by United States of America as to Veronica Maribel Lima Lopez. (rb) (Entered: 04/24/2025) |
| 04/24/2025 | 13 | | ** SEALED DOCUMENT ** CJA 23 Financial Affidavit by Veronica Maribel Lima Lopez (rb) (Entered: 04/24/2025) |

| 04/24/2025 | [2] | 15 | RULE 5(c)(3) Documents Received as to Veronica Maribel Lima Lopez (rb) (Entered: 04/24/2025) |
|---|---|---|---|
| 04/24/2025 | | 35 | Arrest of Veronica Maribel Lilma Lopez in Western District of Oklahoma. (rb) (Entered: 04/24/2025) |

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| VS. ) | Case Number: **M-25-252-AMG** |
| ) | |
| ) | |
| **Veronica Maribel Lima Lopez** ) | Charging District: **Northern District of Oklahoma** |
| **Defendant** ) | Charging District's Case Number: **25-CR-140-JDR** |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the: **Northern District of Oklahoma**.

The defendant may need an interpreter for this language: **Spanish**.

The defendant: ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The Marshal or officer in the charging district should immediately notify the United States Attorney and the Clerk of Court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Thursday, April 24, 2025
Date

*[signature: Amanda Maxfield Green]*
AMANDA MAXFIELD GREEN
UNITED STATES MAGISTRATE JUDGE

SR-03-2020

4

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. M-25-252-AMG |
| | ) |
| Veronica Maribel Lima Lopez | ) |
| | ) |
| Defendant. | ) |

## ORDER

In accordance with the Due Process Protections Act,[1] the Court reminds counsel of the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. In particular, "the suppression by the prosecution of evidence favorable to an accused upon request violates due process where the evidence is material either to guilt or to punishment, irrespective of the good faith or bad faith of the prosecution."[2] "[E]vidence is 'material' within the meaning of *Brady* when there is a reasonable probability that, had the evidence been disclosed, the result of the proceeding would have been different."[3] A "reasonable probability" does not mean that the defendant "would more likely than not have received a different verdict with the

---

[1] The Due Process Protections Act, PL 116-182, [S 1380], effective October 21, 2020, requires that the parties be informed regarding an amendment to Federal Rule of Criminal Procedure 5. By this legislation, subsection (f) of the Rule has been redesignated as subsection (g), with new subsection (f) hereinafter designated as "REMINDER OF PROSECUTORIAL OBLIGATION." The amendment serves to remind prosecutors of their obligations to disclose exculpatory evidence pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963).

[2] *Brady*, 373 U.S. at 87.

[3] *Cone v. Bell,* 556 U.S. 449, 469–470 (2009).

evidence," only that the likelihood of a different result is great enough to "undermine[ ] confidence in the outcome of the trial."[4]

Possible consequences for a violation of this Order may include, but are not limited to, exclusion of evidence at trial, a finding of contempt, granting of a continuance, and dismissal of the charges with prejudice.

Having given counsel the oral admonition required by the Due Process Protections Act, this Order serves as the reminder of prosecutorial obligations and duties in accordance with Federal Rule of Criminal Procedure 5(f).

ENTERED on April 24, 2025

*[signature]*
AMANDA MAXFIELD GREEN
UNITED STATES MAGISTRATE JUDGE

---

[4] *Smith v. Cain*, 565 U.S. 73, 75 (2012).

2

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) |
| | ) Case Number: M-25-252-AMG |
| | ) |
| Veronica Maribel Lilma Lopez | ) |
| **Defendant** | ) |

## INTERPRETER'S WRITTEN OATH

ON MY WORD OF HONOR, AS OFFICIAL COURT INTERPRETER AND OFFICER OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA, I Rita Lyons, swear (or affirm) to be true to the Code of Ethics of my profession, and to discharge faithfully the following solemn duties and obligations.

I WILL interpret accurately and faithfully to the best of my ability. I will convey the true meaning of the words, phrases, and statements of the speaker(s), and I will pay special attention to variations of the target language due to educational, cultural and regional differences.

I WILL never interject my own words, phrases, or views, and if the need arises to paraphrase any statements in order to convey the proper meaning, I will do so only after the presiding judicial officer has granted permission.

I WILL familiarize myself with the case as much as possible prior to going into the courtroom. I will inquire whether the language in the case will involve terminology of a technical nature or a particular vernacular that would require special preparation. I will study the indictments or charges to avoid possible interpretation problems during formal court proceedings.

I WILL speak in a clear, firm, and well modulated voice, and when using inflections, I will be particularly careful not to allow them to be interpreted as partiality. I will employ the techniques of interpretation best suited to the situation at hand or according to the needs or wishes of those utilizing my services.

I WILL maintain an impartial attitude during the course of interpreting and will guard any confidential information entrusted to me. I will not discuss the testimony or the merits of the case under any circumstances, with anyone, particularly not with those for whom I interpret.

I WILL attempt to establish rapport with the persons needing my services and will explain to them my position as an impartial officer of the court, serving both the court and the individuals involved in the case. I will also inquire whether any person involved suffers from a hearing impairment or any physical or psychological problem that could interfere with the effectiveness of my services, and I will make adjustments accordingly.

I WILL adopt a conservative manner of dress and conduct in upholding the dignity of the court and of my profession, particularly when attention is upon me in the courtroom. I will familiarize myself thoroughly with all the local court rules and I will abide by them.

I WILL strive constantly to improve my knowledge of legal terminology in English and in the language I interpret, and to be familiar with general courtroom procedures, so that in addition to interpreting, I may, when time and conditions permit and with the permission of the presiding judicial officer, explain to those for whom I interpret what is occurring in the courtroom.

I WILL be personally responsible for having the proper dictionaries and other linguistic reference materials readily available for consultation when needed.

So help me God.

Thursday, April 24, 2025                                            _Rita H Lyons_
Date                                                                              INTERPRETER

7

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA )
)
VS. )
) Case Number: **M-25-252-AMG**
)
)
Veronica Maribel Lima Lopez ) Charging District: **Northern District of Oklahoma**
Defendant ) Charging District's Case Number: **25-CR-140-JDR**
)

## WAIVER OF RULE 5 and 5.1 HEARINGS
### ( Complaint or Indictment )

I understand that I have been charged in another district:
the ( *name of other court* ) Northern District of Oklahoma.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise-- unless I am indicted--to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing.
☑ production of the warrant.
☑ a preliminary hearing.
☐ a detention hearing.

I request that the following hearing(s) be held in the prosecuting district, at a time set by that court.

☐ a preliminary hearing.
☑ a detention hearing.

I realize that the detention hearing in the prosecuting district may not occur within the three and five day time limits, set forth in the Bail Reform Act, but I request the Court to find good cause to exceed those time limits if it takes the Marshal more time to transport me to the prosecuting district, as I want the hearing to be held in the prosecuting district.

4/24/2025
Date

_____
Defendant

Thomas M. Wright
Attorney for Defendant

8

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> VS. ) <br> ) Case Number: M-25-252-AMG <br> ) <br> Veronica Maribel Lilma Lopez ) <br> **Defendant** ) | |

## ORDER APPOINTING OUT-OF-COURT INTERPRETER

Counsel for defendant is hereby authorized to retain an interpreter to render necessary out-of-court expert interpretive services under the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, up to the statutory maximum. The Court finds the defendant is financially unable to obtain such services and these services are necessary. Any services above the statutory maximum must receive prior approval by the presiding District Judge and the Tenth Circuit Court of Appeals. 18 U.S.C. § 3006A(e)(3).

_4/24/25_
Date

_Amanda Maxfield Green_
AMANDA MAXFIELD GREEN
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>VS. )<br>)<br>)<br>) Case Number: M-25-252-AMG<br>)<br>Veronica Maribel Lilma Lopez )<br>**Defendant** )<br>) | |

## ORDER APPOINTING INTERPRETER

IT IS HEREBY ORDERED that ___Rita Lyons_____ is appointed as interpreter for the defendant(s) herein under the provisions of the Criminal Justice Act, 18 U.S.C. 3006A, and the Court Interpreters Act, 28 U.S.C. 1827, et seq., to render necessary interpretive services herein.

Thursday, April 24, 2025
Date

_Amanda Maxfield Green_ (signature)
AMANDA MAXFIELD GREEN
UNITED STATES MAGISTRATE JUDGE

10

CRIMINAL COURTROOM MINUTE SHEET
INITIAL APPEARANCE on RULE 5

**DATE:** Apr 24, 2025
**Start Time:** 3:10  **End Time:** 3:25
**CASE:** M-25-252-AMG
**COURTROOM:** 102

**MAGISTRATE JUDGE AMANDA MAXFIELD GREEN**
**COURTROOM DEPUTY RYAN BEAM**

**UNITED STATES OF AMERICA vs.** Veronica Maribel Lima Lopez

Defendant States true and correct name as: _____  **AGE:** ____

**Government Cnsl:** Kaleigh Blackwell
**Defendant Cnsl:** Tom Wright — Court appointed
**U.S. Probation Officer:** Shawn Smitherman

☒ Defendant Appears, custody of U.S. Marshal with Counsel  **Interpreter:** Rita Lyons
☒ Defendant advised of his / her right of consular notification, N/A
☒ Defendant informed of his / her right to retain counsel or to request that counsel be appointed if he / she cannot obtain counsel.
☒ Dft informed that he / she is not required to make a statement and that any statement made by him / her may be used against him / her.
☒ Defendant informed of the ☐ Complaint ☒ Indictment and the charges pending against him / her in the prosecuting district.
Charging District: Northern District of Oklahoma  Charging District case number: 25-CR-140-JDR

## PRELIMINARY / RULE 5

☐ Defendant informed of his/her right to a Preliminary hearing.
　☐ Defendant waives preliminary hearing; Written waiver entered.
　☐ Defendant requests the preliminary hearing be conducted in the prosecuting district.
　☐ Defendant requests the preliminary hearing be conducted in this district
　　☐ Preliminary hearing is set for: _____
☒ Preliminary hearing not required.
☒ Defendant waives identity hearing; Written waiver entered.
☒ Defendant advised of the provisions of Rule 20.
☐ Government produces the original warrant, a certified copy of the warrant or a reliable electronic form of either.
☒ Defendant waives production of original, certified copy or reliable electronic form of warrant.

## RELEASE / DETENTION

☐ Government recommends defendant be released on _____
☒ Government recommends defendant be detained based on Risk of Flight and Danger to the Community
☐ Government _____
　☐ Upon motion of the Government and request for continuance by _____
　☐ Detention Hearing is set for _____
☒ Defendant requests that the detention issue be held in abeyance until defendant is returned to charging district. The court finds good cause to exceed the time limits set forth by the Bail Reform Act, if necessary, in order to allow the U.S. Marshal sufficient time to transport defendant to the charging district. Defendant remanded to the custody of the U.S. Marshal.

**The Court Orders:**

☒ The United States Marshal for the Western District of Oklahoma is to remove defendant to the district in which he/she is charged and deliver defendant to the United States Marshal for that district or to some other officer authorized to receive him. Written Order entered.
☐ Defendant temporarily detained pending detention hearing. Written Order entered. Defendant remanded to the custody of the U.S. Marshal.
☐ Unsecured Bond set at _____ with conditions per Release Order.
☐ Secured Bond set at _____ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.
☐ Defendant remanded to the custody of the U.S. Marshal.
☒ **FRCrP5(f) REMINDER:** As required by Rule 5(f), the Court reminds the United States of it disclosure obligation under *Brady v. Maryland,* 373 U.S. 83 (1963), and its progeny. Possible consequences for a violation of this obligation may include, but are not limited to, exclusion of evidence at trial, a finding of contempt, granting a continuance, or dismissal of the charges with prejudice

11

SR-03-2020

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | Case Number: M-25-252-AMG |
| ) | |
| Veronica Maribel Lilma Lopez ) | Charging District: Northern District of Oklahoma |
| Defendant ) | Charging District's Case Number: 25-CR-140-JDR |

## ORDER APPOINTING COUNSEL

The above-named defendant having completed an affidavit as to financial ability to employ counsel, and upon review, the Court finds:

☒ That the affiant is financially unable to obtain counsel.

☐ Federal Public Defender is appointed to represent the above-named defendant in all futher proceedings in this District unless and until relieved by order of the Court.

☒ Federal Public Defender shall forth with furnish the name of a private attorney for appointment to represent the defendant. **Tom Wright**

☐ That the defendant is eligible for appointment of counsel, but has income or assets in excess of that needed for support of defendant and dependents, and therefore:

☐ Defendant will reimburse the government for the cost of providing representation commensurate with his / her ability to pay as determined by further order of the Court.

☐ That Defendant is not eligible for appointment of counsel but is entitled to both an immediate hearing and to the assistance of counsel and therefore,

☐ The Federal Public Defender is temporarily appointed to represent the defendant for purposes of initial appearance only.

Thursday, April 24, 2025
Date

*/s/ Amanda Maxfield Green*
AMANDA MAXFIELD GREEN
UNITED STATES MAGISTRATE JUDGE

```
MIME-Version:1.0
From:okwd_ecf_notice@okwd.uscourts.gov
To:okwdecf@localhost.localdomain
Bcc:
--Case Participants: Kristen Messina (kristen_messina@fd.org, lori_gorrell@fd.org),
Kaleigh Blackwell (caseview.ecf@usdoj.gov, kaleigh.blackwell@usdoj.gov,
meghan.vickers@usdoj.gov, verdiesha.clark@usdoj.gov), Magistrate Judge Amanda Maxfield
Green (green-orders@okwd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:5567837@okwd.uscourts.gov
Subject:Activity in Case 5:25-mj-00252-AMG United States of America v. Rogriguez Luis
Motion to Appoint Counsel
Content-Type: text/html
```

# U.S. District Court

## Western District of Oklahoma[LIVE]

### Notice of Electronic Filing

The following transaction was entered on 4/24/2025 at 7:46 PM CDT and filed on 4/24/2025

| | |
|---|---|
| **Case Name:** | United States of America v. Rogriguez Luis |
| **Case Number:** | 5:25–mj–00252–AMG |
| **Filer:** | Dft No. 2 – Veronica Maribel Lima Lopez |
| **Document Number:** | 15(No document attached) |

**Docket Text:**
**ORAL MOTION to Appoint Counsel, ORAL MOTION to Appoint out of court Interpreter, ORAL MOTION to Appoint Interpreter for in court interpretive services by Veronica Maribel Lima Lopez. (rb)**

**5:25–mj–00252–AMG–2 Notice has been electronically mailed to:**

Kaleigh Blackwell     kaleigh.blackwell@usdoj.gov, caseview.ecf@usdoj.gov, meghan.vickers@usdoj.gov, verdiesha.clark@usdoj.gov

Kristen Messina     kristen_messina@fd.org, lori_gorrell@fd.org

**5:25–mj–00252–AMG–2 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:okwd_ecf_notice@okwd.uscourts.gov
To:okwdecf@localhost.localdomain
Bcc:
--Case Participants: Kristen Messina (kristen_messina@fd.org, lori_gorrell@fd.org),
Kaleigh Blackwell (caseview.ecf@usdoj.gov, kaleigh.blackwell@usdoj.gov,
meghan.vickers@usdoj.gov, verdiesha.clark@usdoj.gov), Magistrate Judge Amanda Maxfield
Green (green-orders@okwd.uscourts.gov)
--Non Case Participants: Victim-Witness Coordinator – US DOJ (fara.coffey@usdoj.gov,
jordan.sullivan@usdoj.gov)
--No Notice Sent:

Message-Id:5567835@okwd.uscourts.gov
Subject:Activity in Case 5:25-mj-00252-AMG United States of America v. Rogriguez Luis
Motion for Detention
Content−Type: text/html
```

# U.S. District Court

## Western District of Oklahoma[LIVE]

### Notice of Electronic Filing

The following transaction was entered on 4/24/2025 at 7:45 PM CDT and filed on 4/24/2025

| | |
|---|---|
| **Case Name:** | United States of America v. Rogriguez Luis |
| **Case Number:** | 5:25−mj−00252−AMG |
| **Filer:** | United States of America |
| **Document Number:** | 14(No document attached) |

**Docket Text:**
**ORAL MOTION for Detention by United States of America as to Veronica Maribel Lima Lopez. (rb)**


**5:25−mj−00252−AMG−2 Notice has been electronically mailed to:**

Kaleigh Blackwell     kaleigh.blackwell@usdoj.gov, caseview.ecf@usdoj.gov, meghan.vickers@usdoj.gov, verdiesha.clark@usdoj.gov

Kristen Messina     kristen_messina@fd.org, lori_gorrell@fd.org

**5:25−mj−00252−AMG−2 Notice has been delivered by other means to:**

14

```
MIME-Version:1.0
From:okwd_ecf_notice@okwd.uscourts.gov
To:okwdecf@localhost.localdomain
Bcc:
--Case Participants: Kaleigh Blackwell (caseview.ecf@usdoj.gov,
kaleigh.blackwell@usdoj.gov, meghan.vickers@usdoj.gov, verdiesha.clark@usdoj.gov),
Magistrate Judge Amanda Maxfield Green (green-orders@okwd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:5567179@okwd.uscourts.gov
Subject:Activity in Case 5:25-mj-00252-AMG United States of America v. Rogriguez Luis
Arrest - Other District
Content-Type: text/html
```

# U.S. District Court

# Western District of Oklahoma[LIVE]

## Notice of Electronic Filing

The following transaction was entered on 4/24/2025 at 11:46 AM CDT and filed on 4/24/2025

| | |
|---|---|
| **Case Name:** | United States of America v. Rogriguez Luis |
| **Case Number:** | 5:25–mj–00252–AMG |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest of Veronica Maribel Lilma Lopez in Western District of Oklahoma. (rb)**


**5:25–mj–00252–AMG–2 Notice has been electronically mailed to:**

Kaleigh Blackwell     kaleigh.blackwell@usdoj.gov, caseview.ecf@usdoj.gov, meghan.vickers@usdoj.gov, verdiesha.clark@usdoj.gov

**5:25–mj–00252–AMG–2 Notice has been delivered by other means to:**