## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America, | Plaintiff, | Case No.: 25-cr-00140-JDR-7 |
| vs. | | **ORDER: RULE 5 "BRADY" DISCLOSURE** |
| Esvin Alexander Rodriguez Luis, | Defendant(s). | |

As required by Fed. R. Crim. P. 5(f)(1) and N.D. Okla. General Order 21-01, the Court confirms the disclosure obligation of the prosecutor under <u>Brady v. Maryland</u>, 373 U.S. 83 (1963) and its progeny, and orders the United States to comply with that obligation in this case. Failure to timely comply may result in consequences, including but not limited to exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

IT IS SO ORDERED this May 1, 2025.

_____
Mark T. Steele, U.S. Magistrate Judge