# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 25-CR-140-JDR |
| CIDIA MARLENY LIMA LOPEZ, | |
| Defendant. | |

## United States' Notice of *Lis Pendens*

NOTICE IS HEREBY GIVEN that on April 21, 2025, an Indictment was returned in the United States District Court for the Northern District of Oklahoma, in the foregoing action.

The United States is seeking to forfeit the real property located at 11809 Blue Haven Court, Oklahoma City, Oklahoma County, Oklahoma, more particularly described as:

> All that lot and parcel of land, together with all buildings, appurtenances, improvements, fixtures, attachments and easements thereon, and all rights appertaining thereto, located at 11809 Blue Haven Court, Oklahoma City, Oklahoma County, Oklahoma 73162, more particularly described as Subdivision WILLOW BEND, Section 3; Lot 40, Block 14, Section 19, Township 13N, Range 4W, Qtr. NW, Parcel 3876-20-132-1250, Oklahoma County, Oklahoma.

A Lis Pendens was filed in Oklahoma County, Oklahoma on April 28, 2025, Instrument No. 2025042801059284, Book 16077, Page 1388.

Title 21, United States Code, Section 853(k) states no party claiming an interest in property subject to forfeiture may commence an action at law or equity

against the United States concerning the validity of their interest after the filing of an indictment.

Further information concerning this action may be obtained from the records of the Clerk of the Court for the United States District Court at Tulsa, Oklahoma.

DATED: May 7, 2025.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

*/s/ Reagan V. Reininger*
REAGAN V. REININGER, OBA #22326
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, OK 74119
Telephone: (918) 382-2700
Email: reagan.reininger@usdoj.gov

**Certificate of Service**

I hereby certify that on May 7, 2025, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

*/s/ Michelle Bates*
Michelle Bates, Paralegal Specialist